

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00010-CV

| | | |
|---|---|---|
| In re Rogers Wealth Group, Inc. and Dale Rogers | § | Original Proceeding |
| | § | From the 141st District Court |
| | § | of Tarrant County (141-292402-17) |
| | § | March 9, 2018 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relators Rogers Wealth Group, Inc. and Dale Rogers. We conditionally grant the mandamus relief and direct the trial court to vacate its order denying Dale Rogers and Rogers Wealth Group Inc.'s joint motion to strike Caroline Nunley's petition in intervention and to enter an order granting that motion. Writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest Caroline Nunley shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel